**AJG Law Group, PC**
Andrew J. Gramajo, CA Bar No. 338144
25A Crescent Dr. #402
Pleasant Hill, CA 94523
(415) 638-9140
Andrew@Ajglawgroup.us

**The HQ Firm, P.C.**
Alexander Hood (*pro hac vice* forthcoming)
7533 S. Center View Ct. #4424
West Jordan, UT 84084
Tel: 385-440-4126
alexander.hood@thehqfirm.com

*Attorneys for Plaintiff Jeremy Luckau*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **Jeremy Luckau**,<br><br>             Plaintiff,<br><br>      v.<br><br>**Sunrun Inc.**,<br><br>             Defendant. | Case No.:<br><br>**CLASS ACTION COMPLAINT**<br><br>Violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227<br><br>DEMAND FOR JURY TRIAL |

### INTRODUCTION

1.    In the last four years, Sunrun has spammed millions of Americans in violation of the Telephone Consumer Protection Act ("TCPA").

2.    This is a decades-long problem that Sunrun knows about—but blatantly ignores.

3.    Since 2015, Sunrun has been sued at least 25 times for TCPA violations. *See Sarah LoPresti v. Sunrun Inc.*, No. 4:25-cv-00517 (N.D. Cal. Jan. 15, 2025); *Wilson v. Sunrun, Inc*, No. 4:24-cv-04796 (S.D. Tex. Dec. 6, 2024); *Shutler v. Sunrun Inc.*, No. 2:24-cv-14382 (S.D. Fla. Nov.

22, 2024); *Banks v. Sunrun Inc.*, No. 4:24-cv-07877 (N.D. Cal. Nov. 11, 2024); *Hofvander v. Sunrun Inc.*, No. 1:24-cv-02798 (N.D. Ill. Apr. 8, 2024); *Strickland v. Sunrun, Inc.*, No. 3:23-cv-05034 (N.D. Cal. Oct. 1, 2023); *Bertram v. SunRun Inc.*, No. 2:23-cv-02215 (C.D. Ill. Sept. 30, 2023); *Johnson v. Sunrun, Inc.*, No. 3:23-cv-01433 (S.D. Cal. Aug. 4, 2023); *Rojas v. Sunrun Inc.*, No. 1:23-cv-00050 (N.D. Ill. Jan. 3, 2023); *Auguston v. Sunrun Inc.*, No. 4:22-cv-00792 (E.D. Tex. Sept. 13, 2022); *Chapman v. Sunrun Inc.*, No. 3:22-cv-02770 (N.D. Cal. May 10, 2022); *Shostack v. Sunrun Inc.*, No. 1:22-cv-01340 (S.D.N.Y. Feb. 16, 2022); *Arcieri v. Sunrun, Inc.*, No. 4:21-cv-04549 (N.D. Cal. June 14, 2021); *Moreno v. Sunrun, Inc.*, No. 4:21-cv-03306 (N.D. Cal. May 4, 2021); *Kuhnast v. Sunrun, Inc.*, No. 8:20-cv-01193 (M.D. Fla. May 26, 2020); *Saunders v. Sunrun, Inc.*, No. 4:19-cv-04548 (N.D. Cal. Aug. 5, 2019); *Javitch v. Sunrun, Inc.*, No. 3:19-cv-02995 (N.D. Cal. May 30, 2019); *Saunders v. Sunrun, Inc.*, No. 1:19-cv-03127 (N.D. Ill. May 9, 2019); *Loftus v. Sunrun Inc.*, No. 3:19-cv-01608 (N.D. Cal. Mar. 27, 2019); *Va v. Sunrun Inc.*, No. 1:18-cv-00856 (D.N.M. Sept. 12, 2018); *Barker v. Sunrun Inc.*, No. 1:18-cv-00855 (D.N.M. Sept. 12, 2018); *Jessica Taylor v. Sunrun, Inc.*, No. 5:18-cv-01207 (C.D. Cal. June 5, 2018); *Knapp v. Sunrun, Inc.*, No. 2:18-cv-00509 (E.D. Cal. Mar. 8, 2018); *Bozarth v. Sunrun, Inc.*, No. 4:16-cv-03550 (N.D. Cal. June 24, 2016); *Slovin v. Sunrun, Inc.*, No. 4:15-cv-05340 (N.D. Cal. Nov. 20, 2015).

4.      In 2019, Sunrun settled two of these lawsuits for $5.5 million each. *See Loftus v. Sunrun Inc.*, No. 3:19-cv-01608 (N.D. Cal.); *Slovin v. Sunrun, Inc.*, No. 4:15-cv-05340 (N.D. Cal.).

5.      Despite these lawsuits and settlements, Sunrun continues to spam undeterred.

6.      "Robocalls and robotexts are nuisances. Congress banned them in the Telephone Consumer Protection Act of 1991 ('TCPA'). But as every American knows, there are companies—like the defendant in this case—who refuse to get that message while collectively sending millions of others." *Cranor v. 5 Star Nutrition, L.L.C.*, 998 F.3d 686, 688 (5th Cir. 2021).

7.      In an effort to try to avoid getting caught, Sunrun purposefully hides its identity when telemarketing.

8.      Sunrun uses the pseudonym "Solar America" in its telemarketing calls.

9.      When leaving voicemails, Sunrun says it is Solar America.

10.     When consumers answer live calls, Sunrun says it is Solar America.

11.     And when consumers ask who is calling, Sunrun says it is Solar America.

12.     But there is no such company called Solar America.

13.     The TCPA requires that telemarketers "must provide the called party with the name of … the person or entity on whose behalf the call is being made." 47 C.F.R. § 64.1200(d)(4).

14.     Sunrun willfully violates the TCPA by using the name Solar America and not disclosing the entity on whose behalf the calls are made.

15.     To hold Sunrun accountable for its voluminous violations of the TCPA, Luckau brings this action individually, and on behalf of a nationwide putative class.

## JURISDICTION AND VENUE

16.     This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this district.

17.     Divisional Assignment: Assignment to the San Francisco Division is proper pursuant to Civil Local Rule 3-2(c) because a substantial part of the events or omissions that give rise to Luckau's claims occurred in San Francisco County, California.

## PARTIES

18.     Plaintiff Jeremy Luckau is a citizen of Texas.

19.     Defendant Sunrun Inc. is a Delaware corporation with its principal place of business in San Francisco, California.

## FACTUAL ALLEGATIONS

### *Plaintiff Jeremy Luckau*

20.     Luckau is the residential subscriber of the cell number 425-XXX-5862.

21.     Luckau uses the number 425-XXX-5862 at home. Luckau makes and takes personal calls and text messages on this phone number. This is Luckau's only phone number. Luckau does not use this number in any business.

22.     To stop unwanted and unsolicited telemarketing calls, Luckau registered his number 425-XXX-5862 on the National Do Not Call Registry on September 23, 2022.

23.     Despite being registered on the National Do Not Call Registry, Sunrun called Luckau at least 28 times between October 27, 2022, and November 6, 2022.

24.     These 28 calls to Luckau were all from the phone number 425-528-8065.

25.     Sunrun left voicemails on at least two of the calls: October 27, 2022, at 7:22pm UTC and October 29, 2022, at 2:15pm UTC.

26.     Both voicemails were identical.

27.     The voicemail messages said:

> Hello this is Christine with Solar America responding to your request for information on solar energy for your home. We needed a brief moment to verify the information that you submitted, and we'll try to reach you again shortly or feel free to call us back at 1-800-680-8554. Again, that number is 1-800-680-8554. We look forward to speaking with you.

28.     Contrary to this message, Luckau never requested any solar information.

29.     Further, Luckau never provided his number to Sunrun, never had a relationship with Sunrun, and never gave permission for Sunrun to call him.

30.     Sunrun's calls are a nuisance and annoyance to Luckau. The calls have invaded Luckau's privacy. These calls disrupted Luckau's daily life. The spam has diminished the value of Luckau's phone.

31.     The calls were especially intrusive, frustrating, and annoying to Luckau because Sunrun purposefully hid its identity. Luckau had no idea who was spamming, or whether the spammer was somebody whom Luckau had previously told to stop. By hiding its identity, Sunrun knowingly tried to prevent Luckau from monitoring and enforcing compliance with the TCPA.

### *Others Spammed by Sunrun*

32.     Unfortunately, this spam is not unique to Luckau.

33.     Data from CallerHQ—an app for tracking and reporting telephone spam—has identified 34 consumers who have received the same "Solar America" voicemails as Luckau.

Class Action Complaint                    4

34.    These 34 consumers received 262 such voicemails, averaging 7.7 voicemails each.

35.    CallerHQ has 3,672 voicemail users. Consequently, 0.92% of CallerHQ users (34 users / 3,672 total users) have received the "Solar America" voicemails.

36.    This indicates that thousands, if not millions, of Americans have received these same "Solar America" voicemails.

37.    While these numbers are staggering, they are corroborated by others.

38.    On January 8, 2024, YouMail, whose spam-blocking app serves 13 million consumers, identified the same Solar America calls as its "Spam Call of the Week." *Spam Call of the Week: Solar America Energy Estimate*, YOUMAIL, https://blog.youmail.com/2024/01/spam-call-of-the-week-solar-america-energy-estimate (last visited February 14, 2025).

39.    YouMail shared the recording and transcript of these calls:

> Hello, this is Christine with Solar America responding to your request for information on solar energy for your home. We need a brief moment to verify the information that you submitted and will try to reach you again shortly or feel free to call us back at 1-800-680-8554. Again, that number is 1-800-680-8554. We look forward to speaking with you.

*Id.*

40.    These are the same voicemails received by Luckau and the CallerHQ users.

41.    Per YouMail's data, "[t]his call was first detected in April of 2019." *Id.*

42.    YouMail explained that the "call is a persistent nuisance due to its unsolicited nature." *Id.* "[T]hese telemarketing calls often intrude on individuals who never requested information on solar energy for their homes." *Id.* The caller operates "under the guise of responding to a supposed request for information on solar energy for homes." *Id.*

43.    In addition to CallerHQ and YouMail, users of the Robokiller app have reported the same calls that say, "Hello, this is solar America responding to your request for solar energy We just needed a brief moment to verify the information you submitted and will try calling back shortly Or you can call us back at 1-800-680-8554 again that number is one 8 0 0  6 8 0 - 8 5 5 4." Robokiller Lookup: 270-477-2834, ROBOKILLER, https://lookup.robokiller.com/p/270-477-2834 (last visited Feb. 14, 2025).

44.    Likewise, users of the Nomorobo app have reported these Solar America calls: "Hello. This is Jamie with Solar America on a recorded line. May I speak with hello? This is voicemail probably . . . ." Nomorobo Lookup: 281-916-8423, NOMOROBO, https://www.nomorobo.com/lookup/281-916-8423 (last visited Dec. 23, 2024).

45.    In addition to these spam apps, there are many online complaints about these calls.

46.    For example, last year, a person on Reddit.com posted about receiving this voicemail from an unknown caller: "Hello, this is Solar America responding to your request for solar energy for your home. We just needed a brief movement [sic] to verify the information you summited [sic] and we'll try calling back shortly." r/Scams – "I'm new here . . .," REDDIT, https://www.reddit.com/r/Scams/comments/1empkta/im_new_here_as_i_just_found_this_subreddit_and/ (last visited Feb. 14, 2025).

47.    The Reddit user explained, "I don't recall such a request and don't have any service from Solar America." *Id.* The person was posting to ask, "Is this a scam?" *Id.*

48.    Similarly, in August of 2023 a person posted a YouTube video about multiple calls and voicemails from an unknown spammer. In the YouTube video, the person plays the voicemail recordings. The voicemails say, "Hello, this is Solar America responding to your request for solar energy for your home. We just needed a brief moment to verify the information you submitted, and we'll try calling back shortly or you can call us back at 1-800-680-8554." *Solar America / Sunrun robocall scam EXPOSED!*, YOUTUBE (Aug. 14, 2023), https://www.youtube.com/watch?v=9OU5JjdvHv0 (last visited Feb. 14, 2025).

49.    In his video, the person explains, "I did not submit any information about solar energy despite what the message said." *Id.*

50.    After playing the voicemail recordings, the person shares that he is going to answer the next time this number calls. The video shows the person answering the next inbound call from that same number. The caller starts off with, "Hi, this is Nico with Solar America on a recorded line." *Id.* In reply, the person asks, "You've called me several times. What's the name of your company again?" *Id.* Nico responds, "Solar America." *Id.* After a little dialogue, the person asks

again, "So your company is called Solar America?" *Id.* To this, Nico says, "Yes, sir." *Id.* Further

conversation with Nico revealed that the purpose of the call was to sell solar. *Id.*

<u>*Sunrun made these calls*</u>

51.     These calls are all from the same caller.

52.     The voicemails are identical and have the same callback numbers.

53.     While the caller attempts to hide its identity, the calls can be traced back to Sunrun.

54.     First, after extensive research, it was discovered that Sunrun registered "Solar America" as a trademark on June 18, 2024. SOLAR AMERICA, Registration. No. 7,417,594.

55.     Second, the voicemail messages have a callback number of 800-680-8554. This same phone number is hidden in Sunrun's privacy policy. Sunrun's privacy policy states that consumers should call "800-680-8554" if they "do not want to receive marketing phone calls from us." *Sunrun Privacy Policy*, SUNRUN, https://www.sunrun.com/privacy-policy (last visited Feb. 14, 2025).

56.     Thus, while Sunrun has not registered any legal entity with the name "Solar America," every indication is that Sunrun made these calls.

57.     In the unlikely event a third party made these calls on Sunrun's behalf, Sunrun is still vicariously liable under theories of both actual authority and ratification.

58.     Actual authority: The calls all used identical, or nearly identical, prerecorded messages. This indicates Sunrun exercised control over any third parties by providing the voicemail message and/or script the third parties had to use.

59.     Ratification: Sunrun has been sued 25 other times for TCPA violations. If these calls are being made by a third party on Sunrun's behalf, Sunrun is certainly aware that the third party is violating the TCPA and Sunrun has failed to correct their illegal conduct.

60.     Sunrun has failed to institute the telemarketing procedures required by the TCPA, as evidenced by Sunrun's calls that do not identify on whose behalf the calls were made.

<u>*Sunrun Made the Calls Using Twilio*</u>

61.     Sunrun made all the calls using Twilio.

62.     "Twilio Inc. is an American cloud communications company based in San Francisco, California, which provides programmable communication tools for making and receiving phone calls." *Twilio*, WIKIPEDIA, https://en.wikipedia.org/wiki/Twilio (last visited Feb. 17, 2025).

63.     The 262 voicemails to the 34 CallerHQ users came from 25 unique phone numbers.

64.     The carrier lookup function at https://console.twilio.com/us1/develop/lookup shows that Twilio is the carrier for all 25 phone numbers.[1]

65.     Additionally, the carrier lookup for the Solar America calls reported by the other spam apps also shows Twilio is the carrier.

66.     Twilio states on its website that call logs "will not be deleted from Twilio" but are available indefinitely through the "Bulk Export utility." *See Changes to availability of Call and Conference logs*, TWILIO, https://www.twilio.com/docs/voice/changes-availability-call-and-conference-logs.

67.     Thus, Sunrun made all the calls using Twilio and historical call logs are available for all the calls.

### *Sunrun targets these calls to residential telephone subscribers*

68.     The purpose of these Solar America calls is to sell residential solar.

69.     Sunrun boasts that it is the "#1 home solar & battery company in America." SUNRUN, https://www.sunrun.com (last visited Feb. 14, 2025).

70.     On its website, Sunrun makes voluminous reference to the fact that its product is meant for and targeted to residential consumers:

i.      "With 1 million homes and counting, no one has more installation expertise." *Id.*

ii.     "Unrivaled home solar and battery experience." *Id.*

iii.    "[P]ut you in control of your home energy needs." *Id.*

---

[1] Those 25 phone numbers are: 205-953-4767, 206-717-8597, 208-494-8373, 256-516-9791, 305-783-2595, 321-868-9634, 352-290-5273, 385-412-8442, 386-832-0297, 888-530-6985, 407-305-7922, 408-560-2315, 425-528-8065, 509-204-1549, 701-354-5370, 727-291-9556, 802-347-1039, 804-531-6876, 815-420-3865, 828-547-3871, 850-306-4740, 865-205-0778, 904-682-9951, 916-237-8822, 954-329-0514.

     iv.   "Payment solutions for every home." *Id.*

     v.   "Sunrun provides a simple and affordable option for homeowners." *Terms of Service*, SUNRUN, https://www.sunrun.com/terms-of-service (last visited Feb. 15, 2025).

     vi.   "Homeowners can receive free quotes for home solar solutions." *Id.*

     vii.   "[P]ower your home and take control over your energy bills." *Sunrun Solar Panels*, SUNRUN, https://www.sunrun.com/solar-panels (last visited Feb. 15, 2025).

     viii.   "We offer several home solar energy plans." *Id.*

     ix.   "Customized solar panels for your home." *Id.*

     x.   "[M]aximize your home's energy output." *Id.*

     xi.   "[P]rotect your family, and secure your home during outages." *Id.*

71.    In addition to these references, all the images on Sunrun.com show homes and families. *See generally* SUNRUN, https://www.sunrun.com (last visited Feb. 14, 2025).

72.    Sunrun.com does not have any images showing commercial buildings with solar panels. *Id.* And Sunrun.com has no reference or discussion about solar for businesses. *Id.*

73.    Thus, Sunrun's calls are clearly targeted to residential telephone subscribers.

### *Sunrun hides its identity because its calls are unsolicited*

74.    Sunrun calls millions of Americans every year.

75.    Given that Sunrun is the #1 residential solar company in the United States—per Sunrun's own admission—it begs the question: Why does Sunrun hide its identity when it makes telemarketing calls?

76.    The answer is simple: Sunrun's calls are unsolicited.

77.    Legitimate telemarketers whose calls are solicited do not hide who they are.

78.    If anything, companies want to tout and shout their brand. Companies spend billions of dollars on branding.

79.    By hiding its identity, Sunrun tries to prevent consumers from knowing who is calling—at least until Sunrun believes the consumer is interested in purchasing—thus preventing consumers from enforcing the TCPA.

80.    Sunrun acquires new numbers to call through what are known as "consent farms."

81.     The term "consent farm" was recently coined by the FTC to describe websites designed to harvest personal information, which is then sold to telemarketers and robocallers. As the FTC explains, these sites often conceal their true purpose under the guise of offering services or information while burying disclaimers about how the data will be shared. *See* FTC, *E-I-E-I-NO: Operation Stop Scam Calls targets operators that facilitate illegal robocalls, including "consent farms,"* FTC Bus. Blog (July 18, 2023), https://www.ftc.gov/business-guidance/blog/2023/07/e-i-e-i-no-operation-stop-scam-calls-targets-operators-facilitate-illegal-robocalls-including     (last visited Feb. 15, 2025).

82.     These consent farm websites collect consumers' personal information but in small print disclose that the personal information will be shared with "marketing partners." This disclosure is hyperlinked, leading to a massive list of companies—often numbering in the thousands—that will have access to the data.

83.     For example, here are just a handful of consent farm websites that include "Solar America" among their long lists of marketing partners who will receive the consumer data:

i.     7,397 companies listed – https://openhomepros.com/marketing-partners

ii.     3,626 companies listed – https://homeandsolaradvantage.com/our-partners

iii.     3,167 companies listed – https://leads.digitalmediasolutions.com/partners/solar

iv.     2,634 companies listed – https://thesolarhelp.com/marketing-partners

v.     2,115 companies listed – https://www.greensolarquotes.com/marketing-partners

vi.     1,936 companies listed – https://qualified-solar-survey.com/partners.html

84.     These consent farms not only generate "phony" leads, as the FTC describes it, but the consent farms also generate fraudulent leads. This is because most consent farm websites allow affiliate marketers to get paid for each new lead they generate—creating a perverse incentive for affiliate marketers to submit fake leads.

85.     Regardless of whether a lead is fraudulent, fake, or phony, Sunrun knows very well that its calls are unsolicited and for this reason hides behind the fake name Solar America when making telemarketing calls.

Class Action Complaint                    10

**LEGAL STANDARD**

86.    "No person or entity shall initiate . . . any call for telemarketing purposes to a residential telephone subscriber" without first instituting certain "minimum standards." 47 C.F.R. § 64.1200(d).

87.    One of the minimum standards is that telemarketers "must provide the called party with the name of the . . . entity on whose behalf the call is being made." *Id.* (d)(4).

88.    This requirement applies to calls to "wireless telephone numbers." *Id.* (e).

89.    "The FCC clarified that providing a d/b/a in a telemarketing message is permissible, but it is insufficient to fully comply with Section 64.1200(d)(4)." *Robison v. 7PN, LLC*, 569 F. Supp. 3d 1175, 1185 (D. Utah 2021) (citation omitted).

90.    "The [FCC] recognizes that some businesses use 'd/b/as' or aliases for marketing purposes. The rule does not prohibit the use of such additional information, provided the legal name of the business is also stated." *Rules and Regulations Implementing the TCPA*, 68 Fed. Reg. 44144, 44163 (July 25, 2003).

91.    "[A]dequate identification information is vital so that consumers can determine the purpose of the call, possibly make a do-not-call request, and monitor compliance with the TCPA rules." *Id.*

92.    "[T]here is a private right of action [under 47 U.S.C. § 227(c)(5)] for violations of the seller identification regulation found in 47 C.F.R. § 64.1200(d)(4)." *Dawson v. Porch.com*, No. 2:20-CV-00604-RSL, 2024 WL 4765159, at *7 (W.D. Wash. Nov. 13, 2024). "[T]he vast majority of circuit courts and district courts in this circuit that have considered the issue have reached the same conclusion." *Id.* (collecting cases).

93.    There is no consent defense for a violation of 47 C.F.R. § 64.1200(d)(4). While the National Do Not Call Registry applies to "telephone solicitations" (which has a consent defense), the seller identification requirement applies to "telemarketing" (which has no such defense). *Compare* 47 C.F.R. § 64.1200(c)(2) & (f)(15) *with* (d)(4) & (f)(13).

94.     A party who does not initiate the calls may be vicariously liable based on the federal common law of agency, including actual authority, apparent authority, and ratification. *In re Dish Network, LLC*, 28 FCC Rcd. 6574, 6584 ¶ 28.

95.     In determining whether a communication was initiated to promote goods or services for sale, a court must evaluate the ultimate purpose of the communication. *See Golan v. Veritas Entm't, LLC*, 788 F.3d 814, 820 (8th Cir. 2015) ("Notwithstanding the plain language of the regulations, defendants argue that we should consider only the content of the calls in determining whether they were telemarketing. We refuse to do so.") (citations omitted).

96.     "Neither the statute nor the regulations require an explicit mention of a good, product, or service where the implication is clear from the context." *Chesbro v. Best Buy Stores, L.P.*, 705 F.3d 913, 918 (9th Cir. 2012).

## CLASS ACTION ALLEGATIONS

97.     Pursuant to Federal Rule of Civil Procedure 23(b)(3), Luckau brings this action on behalf of all other persons similarly situated throughout the United States.

98.     Luckau proposes the following Class:

All persons in the United States (1) who are not customers of Sunrun (2) to whom Sunrun initiated or caused to be initiated more than one call (3) where the caller used the name Solar America (4) within any 12-month period during the last four years from the filing of this action through the date of class certification.

99.     There are thousands, if not millions, of people in the Class, thus making joinder impracticable.

100.     There are questions of law and fact common to Luckau and the Class including but not limited to:

i.    Whether Sunrun initiated the calls or is vicariously liable for the calls;

ii.   Whether the name "Solar America" identifies the entity on whose behalf the calls were made;

iii.  Whether the purpose of the calls was telemarketing;

iv.   Whether more than one call was received within a 12-month period;

v.   Whether the calls were to a residential telephone number.

101.   Luckau's claims are typical of the claims of the class members. Luckau and the class have all been injured by the same course of conduct by Sunrun.

102.   Luckau is an adequate representative of the class because Luckau's interests do not conflict with the interests of the class members, Luckau will fairly and adequately protect the interests of the class members, and Luckau is represented by counsel skilled and experienced in class actions, including TCPA class actions.

103.   Common questions of law and fact predominate over questions affecting only individual class members.

104.   Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

105.   The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

### FIRST CAUSE OF ACTION

**Illegal Failure to Identify**
**On Behalf of Luckau and the Class**

106.   Sunrun violated 47 C.F.R. § 64.1200(d) by initiating, or causing to be initiated, calls to Luckau and members of the Class without instituting the minimum requisite telemarketing procedures, including identification of the entity on whose behalf the calls were made.

107.   Luckau and members of the Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

108.   The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id*.

1

**RELIEF REQUESTED**

2
Luckau respectfully requests the Court grant the following relief.

3
A.  Certification of the proposed Class;

4
B.  Appointment of Luckau as class representative;

5
C.  Appointment of The HQ Firm, P.C. as class counsel;

6
D.  An award of damages to Luckau and class members, as allowed by law;

7
E.  An award of fees, costs, and interest, as allowed by law; and

8
F.  Orders granting such other relief as the Court deems necessary, just, and proper.

9

**JURY DEMAND**

10
Luckau requests a jury trial as to all claims of the Complaint so triable.

11

12
DATED February 18, 2025

Respectfully submitted,

13

14
*/s/ Andrew Gramajo*
Andrew Gramajo

15

16

17

18

19

20

21

22

23

24

25

26

27

28