UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LUCKAU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUNRUN, INC, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-01661-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

It appearing that there currently are no matters requiring the Court's attention, the case management conference scheduled for November 21, 2025 is CONTINUED to February 27, 2026 at 1:30 p.m.  An updated joint case management statement is due February 20, 2026.

**IT IS SO ORDERED.**

Dated:  November 20, 2025



JON S. TIGAR
United States District Judge