UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY LUCKAU,

          Plaintiff,

    v.

SUNRUN, INC, et al.,

          Defendants.

Case No.  25-cv-01661-JST   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 71

The parties have a discovery dispute concerning Plaintiff's RFPs 2 and 4.  RFP 2 requested "the Call Logs between Clean Energy Experts" and the 5862 number.  Plaintiff says that Sunrun exported six fields from its Zeus database and nothing from Twilio, its integrated call platform.  As to Zeus, Plaintiff says the export is incomplete because certain fields are missing.  Defendants disagree and say they have produced the logs they maintain in the manner in which they maintain them.  As to Twilio, Plaintiff says it will provide call logs on demand, and Defendants counter that this information is not within their possession, custody or control.

RFP 4 sought "all Leads that either Sunrun or Clean Energy Experts received with" the 5862 number.  Plaintiff says Defendants produced an export of 13 fields from their database, but he expects there are more fields available.  Defendants say they have nothing more to produce.

The non-existent evidentiary record before the Court does not provide a firm basis for the Court to decide who is correct.  This is Plaintiff's problem because he is the moving party in this motion to compel, so he has the burden to persuade.  The Court would like to see some deposition testimony, or perhaps documents produced by Defendants, that answer the questions of what fields exist and can be exported from Zeus and whether Defendants have the legal right to demand call logs from Twilio.  Plaintiff's motion to compel is therefore **DENIED WITHOUT PREJUDICE**

to renewing it with evidentiary support.

**IT IS SO ORDERED.**

Dated: March 25, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2